**UNITED STATES of America,**

v.

**Grant WILSON, Appellant.**

No. 00–3880.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Third Circuit
LAR 34.1(a) March 7, 2002.

Filed March 22, 2002.

Before SCIRICA and COWEN, Circuit Judges, and RESTANI, Judge, United States Court of International Trade.*

## OPINION OF THE COURT

SCIRICA, Circuit Judge.

This is an appeal from a judgment entered under a guilty plea to one count of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1). We will affirm.

Following his sentencing, defendant filed a notice of appeal. His court-appointed attorney subsequently filed an Anders brief, stating there were no non-frivolous issues for appeal. *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thereafter, however, defense counsel filed an amended brief stating there was a non-frivolous issue for appeal; namely, the constitutionality of 18 U.S.C. § 922(g)(1). Defendant argues this section is outside of Congress's power to regulate interstate commerce and all other sources of congressional authority.

Subsequent to the filing of defendant's supplemental brief, this court decided *United States v. Singletary,* 268 F.3d 196 (3d Cir.2001), in which we upheld the constitutionality of § 922(g)(1) against the same argument as that advanced by defendant. Therefore, defendant's constitutional challenge fails.

None of the issues proffered by counsel for the defendant in his Anders brief are meritorious. Accordingly, we will affirm the judgment of conviction and sentence.

---

* The Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.